```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------------------------

WILLIAM WINGATE,

                    Plaintiff,

     - against -

MARINER FINANCE LLC, ET AL.,

                    Defendants.

23-cv-6385 (JGK)

ORDER

----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the plaintiff and the defendant Equifax Information Services, LLC ("Equifax") have reached a settlement of the action against Equifax, it is hereby ordered that this matter be discontinued as to Equifax with prejudice but without costs; provided, however, that within 45 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action against Equifax to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within forty-five (45) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the plaintiff and Equifax wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 45-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will

not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All conferences and deadlines as to Equifax are adjourned sine die. The Clerk of Court is directed to terminate Equifax as a defendant in this action.

SO ORDERED.

Dated:   New York, New York
         September 21, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　       John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge