UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM WINGATE,

               Plaintiff,

- against -

MARINER FINANCE LLC, ET AL.

               Defendants.

---

23-cv-6385 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 13, 2023.

SO ORDERED.

Dated:   New York, New York
           September 28, 2023

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                         United States District Judge