UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM WINGATE,
                Plaintiff(s)

                                                                                    23 civ 6385 (JGK)

   -against-

MARINER FINANCE, LLC,
                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered on October 16, 2023,

The conference scheduled for November 15, 2023 is canceled.

**SO ORDERED.**

                                                                                   **JOHN G. KOELTL**
                                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 8, 2023